972

No. 587. NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. *v.* CAHILL. The motion for leave to use the record in *Cahill* v. *New York, New Haven & Hartford Railroad Co.,* 351 U. S. 183, is granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. *William T. Griffin* and *Herbert Burstein* for petitioner. *Randolph J. Seifert* and *William A. Blank* for respondent.

No. 591. TALIAFERRO, DOING BUSINESS AS DAVIS AUTO EXCHANGE, *v.* INSURANCE COMMISSION OF CALIFORNIA ET AL. District Court of Appeal of California, First Appellate District. Certiorari denied. Petitioner *pro se.* *Edmund G. Brown,* Attorney General of California, and *Harold B. Haas,* Deputy Attorney General, for respondents.

No. 605. PETROWSKI ET AL. *v.* HAWKEYE-SECURITY INSURANCE CO. The motion for leave to use the record in *Petrowski* v. *Hawkeye-Security Insurance Co.,* 350 U. S. 495, is granted. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied. *Richard P. Tinkham, Jr.* for petitioners. *Herbert C. Hirschboeck* and *Victor M. Harding* for respondent.

No. 610. RUSSO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 145, Misc. FORD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.